IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| Antwaune Childs, | ) | |
| Debtor. | ) | Case Number 17-03961 |

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| *ex. rel.* ILLINOIS DEPARTMENT OF | ) | |
| HUMAN SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 17- |
| Antwaune Childs, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming to be heard on the Motion for Default Judgment on the Verified Complaint, and after such hearing, the Court makes the following findings of fact and conclusions of law:

## FINDINGS OF FACT.

1. Antwaune Childs was an Individual Provider for Selina Childs, as part of the Home Services Program.

2. From July 25, 2015 through January 15, 2016, Selina Childs resided at Prairie Green at Dixie Crossing, an assisted living facility in Chicago Heights, Illinois.

3. From July 25, 2015 through January 15, 2016, Antwaune Childs submitted Home Services Program Time Sheets. On those time sheets, he certified he acted as a personal assistant for Selina Childs for a total of 419.51 hours.

4. The Home Service Program determined a total of 419.51 hours were reported fraudulently, resulting in an overpayment of $5,453.63.

5. On August 22, 2016, the Home Services Program sent Antwaune Childs an Overpayment Notice and provided him with an opportunity to contest the decision.

6. Antwaune Childs never contacted the Home Services Program or the Bureau of Collections with the Illinois Department of Human Services to contest the decision.

7. As of August 18, 2017, the sum of $5,453.63 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $5,453.63 in overpayments to which he was not entitled.

2. As of August 18, 2017, the defendant is indebted to plaintiff in the sum of $5,453.63.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, this debt is not dischargeable, as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: [signature]

Dated: 8/29/17

AUG 29 2017